

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONNA DUPUY							CIVIL ACTION

VERSUS								NO. 05-315

JO ANNE B. BARNHART,						SECTION "K" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of January, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____